**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Omolola Sainab Adewale, et. al<br><br>Plaintiff,<br><br>v.<br><br>Carrie M Selby et. al,<br><br>Defendant. | ) | Civil Action No. 26-cv-12124-PGL |

**ORDER OF DISMISSAL**

**PAUL G. LEVENON, USMJ**

In accordance with the Court's Order [Dkt. 12] entered on 11/09/26, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 11/09/2026

By the Court,

/s/ Alexandra Traganos
Deputy Clerk